UNITED STATES *versus* MATTHEW WOODS. 

JOURNAL ENTRIES: (1) May 5, 1831: indictment presented, plea of not guilty, motion for con-

tinuance, recognizance; (2) May 6, 1831: motion for continuance granted, recognizance; (3) May 7, 1831: recognizance of witnesses; (4) Dec. 6, 1831: defendant and witness called on recognizance; (5) Dec. 7, 1831: juror challenged, jury impaneled, motion for attachment of absent witness granted; (6) Dec. 8, 1831: jury trial, verdict of not guilty, defendant discharged, attendance of witnesses proved.

PAPERS IN FILE (1831): (1) Record of preliminary hearing; (2) recognizance; (3) indictment; (4) affidavit for continuance; (5–10) subpoenas.